CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr. SBN 111282
Phyl Grace, Esq., SBN 171771
Elliott Montgomery, Esq., SBN 279451
8033 Linda Vista Rd., Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Carlos Marsh**, <br><br> Plaintiff, <br><br> v. <br><br> **5210-11 93rd Street, LLC,** a California Limited Liability Company; <br> **Global Connect, Inc.,** a California Corporation; and Does 1-10, <br><br> Defendants. | **Case:** 2:19-cv-10719-ODW-AFM <br><br> **Plaintiff's Notice of Voluntary Dismissal Without Prejudice as to Defendant Global Connect, Inc. ONLY** <br><br> **Fed. R. Civ. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that Plaintiff Carlos Marsh, hereby voluntarily dismisses Defendant Global Connect, Inc. without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendant Global Connect, Inc. has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this defendant may be dismissed without an Order of the Court.

//

//

Dated: February 28, 2020

CENTER FOR DISABILITY ACCESS

By: /s/Elliott Montgomery
Elliott Montgomery, Esq.
Attorneys for Plaintiff