UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

## CIVIL MINUTES – GENERAL

| No. | 2:19-cv-10719-ODW (AFMx) | Date | March 2, 2020 |
|---|---|---|---|
| Title | *Carlos Marsh v. 5210-11 93rd Street, LLC et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not present | Not present | |

**Proceedings:**          **In Chambers**

Pursuant to Plaintiffs' Notice of Voluntary Dismissal (ECF No. 21) and Federal Rule of Civil Procedure 41(a)(1):

**IT IS HEREBY ORDERED** that:

1. The entire action and all claims asserted therein are hereby **DISMISSED WITHOUT PREJUDICE**; and

2. All dates and deadlines in this action are **VACATED** and taken off calendar.

3. Defendant's request to stay the case and early mediation (ECF No. 19) is **DENIED** as moot.

The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

                                                   :    00

Initials of Preparer    SE